IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES JORDAN**                                                                             **PLAINTIFF**

**v.**                                     **No. 1:22CV104-DAS**

**STARKVILLE POLICE DEPARTMENT, ET AL.**                          **DEFENDANTS**

**ORDER RESTRICTING ACCESS TO DOCUMENTS
TO PARTIES ONLY**

As the plaintiff has included the name of a victim of sexual assault in his complaint, the Clerk of the Court is therefore **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 29th day of August, 2022.

                                                       /s/ David A. Sanders
                                                       DAVID A. SANDERS
                                                       UNITED STATES MAGISTRATE JUDGE